| | |
|---|---|
| **NANCY FARRAR,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **vs.** ) | |
| ) | |
| ) | **ORDER** |
| ) | |
| **COMMERICAL RECOVERY** ) | |
| **SYSTEMS, INC.,** ) | |
| ) | |
| **Defendant.** ) | |
| _____ ) | |

**THIS MATTER** is before the Court on its own motion following Plaintiff's failure to respond to the Court's Show Cause Order entered May 2, 2019. <u>See</u> (Doc. No. 9).

In the Court's prior Order, the Court ordered Plaintiff, within thirty days, to explain why this action should not be dismissed for failure to prosecute. The Order expressly stated that if Plaintiff failed to respond within thirty days, this action would be dismissed without prejudice and without further notice to Plaintiff. Plaintiff has failed to respond to the Court's Order. Therefore, this action will be dismissed without prejudice and without further notice to Plaintiff.

**IT IS THEREFORE ORDERED THAT:**

(1) This matter is hereby dismissed without prejudice.

(2) The Clerk is instructed to terminate this action.

Signed: September 3, 2019

Max O. Cogburn Jr.
United States District Judge