# United States District Court
## Western District of North Carolina
### Charlotte Division

| | | |
|---|---|---|
| Nancy Farrar**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:13-cv-00429-MOC-DCK |
| | ) | |
| vs. | ) | |
| | ) | |
| Commercial Recovery Systems, Inc., | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 4, 2019 Order.

September 4, 2019

*Frank G. John*

Frank G. Johns, Clerk
United States District Court